458 A.2d 928

William M. MARUTANI, Joseph R. Glancey, Vincent A. Cirillo, Paul Ribner, Phyllis W. Beck, Lawrence Prattis, Frank J. Montemuro, Jr., James G. Colins and John J. Chiovero, Petitioners,

v.

Edmund S. PAWELEC, Charles L. Durham and James D. McCrudden, Acting Members of County Board of Elections of Philadelphia, Joseph E. Coleman et al., Intervenors,

Philip Raible, Intervenor.

Supreme Court of Pennsylvania.

Argued April 18, 1983.

Decided April 20, 1983.

Joseph A. Prim, Jr., Henry W. Sawyer, III, Robert J. Hoelscher, Philadelphia, for petitioners.

Ralph J. Teti, Asst. City Sol., David Cohen, Howard Gittis, Philadelphia, for respondents.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Petition denied.

ROBERTS, C.J., files a dissenting statement in which McDERMOTT and HUTCHINSON, JJ., join.

ROBERTS, Chief Justice, dissenting.

This record is clear that the City Commissioners, who are candidates for office in the May 1983 Primary Election, acted without authority in establishing the listing of offices, including their own, on ballots in Philadelphia for that election. See 25 P.S. § 2641(c). Because of the Commissioners' conflict of interest, which resulted in the self-serving placement of their offices in second position, at the top of the ballot, the offices of City Commissioner should be placed after all other City offices.

In accordance with the uniform practice in the rest of the Commonwealth, both in this election and in the past, statewide offices should appear at the top of the ballot.

McDERMOTT and HUTCHINSON, JJ., join in this dissenting statement.